# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: <br><br> CELEXA AND LEXAPRO MARKETING AND SALES PRACTICES LITIGATION <br><br> PAINTERS AND ALLIED TRADES DISTRICT COUNCIL 82 HEALTH CARE FUND, A THIRD-PARTY HEALTHCARE PAYOR FUND, on behalf of itself and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> FOREST PHARMACEUTICALS, INC. and FOREST LABORATORIES, INC. <br><br> Defendants. | MDL No. 2067 <br><br> Master Docket No. 09-MD-2067-(NMG) <br><br> Case No. 13-CV-13113 (NMG) <br><br> Hon. Nathaniel M. Gorton <br><br> Hon. Marianne B. Bowler |

## JOINT PROPOSED SCHEDULE
## FOR PRE-TRIAL DEADLINES

Plaintiff Painters and Allied Trades District Council 82 Health Care Fund ("Plaintiff") and Defendants Forest Laboratories, LLC. and Forest Pharmaceuticals, Inc. ("Defendants"), by and through their attorneys, hereby submit this Joint Proposed Schedule for Pre-Trial Deadlines in the action captioned *Painters and Allied Trades District Council 82 Health Care Fund v. Forest Pharmaceuticals, Inc., et al.* (No. 13–CV–13113–NMG) ("*Painters*").

1. On October 28, 2016, this Court ordered the parties to submit a proposed schedule within seven days after the First Circuit's ruling on Plaintiff's 23(f) petition. [DE 609]

2. On December 7, 2016, the First Circuit denied the petition.

3. On December 16, 2016, Plaintiff filed Plaintiff's Proposed Case Schedule. [DE 639]

4. The same day, Defendants filed a Proposed Schedule for Discovery & Pre-Trial Deadlines [DE 638].

*[Handwritten: Treated as a motion to amend schedule for pre-trial deadlines and motion allowed. /s/ N.M. Gorton, USDJ 2/27/17]*